UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| HENDRICK ERIC ROSS, )<br>  )<br>            Plaintiff, )<br>  )<br>     vs. )<br>  )<br>JOHN LIZENBY, et al., )<br>  )<br>            Defendants. ) | 4:06-cv-045-SEB-WGH |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is **granted** and that the plaintiff take nothing by his complaint.

The costs of this action are asserted against the plaintiff, Hendrick Eric Ross.

Date: 08/22/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Stacy Kerns Harris
RUDOLPH FINE PORTER & JOHNSON
skh@rfpj.com

Hendrick Eric Ross
117 Presbyterian Avenue
Madison, IN 47250